1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN REDOS,                          No. 2:08-cv-01036-MCE-KJM

12          Plaintiff,

13      v.

14  UNION PACIFIC RAILROAD COMPANY,      **RELATED CASE ORDER**

15          Defendant.
    _____/
16
    JEFF NICKLES,
17                                       No. 2:08-cv-01155-GEB-KJM
            Plaintiff,
18
        v.
19
    UNION PACIFIC RAILROAD COMPANY,
20
            Defendant.
21  _____/

22       Examination of the above-entitled civil actions reveals that
23  these actions are related within the meaning of Local Rule 83-
24  123(a) (E.D. Cal. 1997).  The actions involve the same defendant
25  and are based on the same or similar claims, the same property
26  transaction or event, similar questions of fact and the same
27  questions of law, and would therefore entail a substantial
28  duplication of labor if heard by different judges.

1  Accordingly, the assignment of the matters to the same judge is
2  likely to effect a substantial savings of judicial effort and is
3  also likely to be convenient for the parties.
4       The parties should be aware that relating the cases under
5  Local Rule 83-123 merely has the result that both actions are
6  assigned to the same judge; no consolidation of the action is
7  effected.  Under the regular practice of this Court, related
8  cases are generally assigned to the district judge and magistrate
9  judge to whom the first filed action was assigned.
10      IT IS THEREFORE ORDERED that the action denominated 02:08-
11 cv-01155-GEB-KJM, Jeff Nickles v. Union Pacific Railroad Company
12 is reassigned to Judge Morrison C. England, Jr. and Kimberly J.
13 Mueller for all further proceedings, and any dates currently set
14 in this reassigned case only is hereby VACATED.  The parties are
15 referred to the attached Order Requiring Joint Status Report.
16 Henceforth, the caption on documents filed in the reassigned case
17 shall be shown as 02:08-cv-01155-MCE-KJM.
18      IT IS FURTHER ORDERED that the Clerk of the Court make
19 appropriate adjustment in the assignment of civil cases to
20 compensate for this reassignment.
21      IT IS SO ORDERED.

 Dated: June 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE