UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN F. REDOS, JR.,   No. 2:08-cv-01036-MCE-KJM

    Plaintiff,

    v.   ORDER

UNION PACIFIC RAILROAD COMPANY,

    Defendants.

----oo0oo----

Presently before the Court is Plaintiff's Motion for Protective Order, Order Allowing and Authorizing Plaintiff's Use of Depositions Taken in Related Texas Case, and to Consolidate, which was filed before the Magistrate Judge as one Motion. Pursuant to Eastern District Local Rule 78-230(l), "[o]nly those motions in matters specified in L.R. 72-302 and 72-303 shall be noticed, briefed, and argued before a Magistrate Judge.  All other motions shall be noticed, briefed and argued before a District Judge unless the matter is specifically referred to a Magistrate Judge pursuant to L.R. 72-302(a) or 72-303."  Among

1

the duties to be performed by a Magistrate Judge, as prescribed by Local Rule 72-302(c), are "all discovery motions."

Plaintiff's current Motion actually contains multiple motions, not all of which are properly heard by the Magistrate Judge. Specifically, the Motion to Consolidate should be filed in this Court. Accordingly, Plaintiff's instant Motion (Docket No. 30) is denied without prejudice and the hearing is vacated. Plaintiff is ordered to re-file separately the discovery motions before Magistrate Judge Kimberly J. Mueller and the Motion to Consolidate before this Court.

IT IS SO ORDERED.

Dated: March 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE