UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN F. REDOS, JR.,                    No. 2:08-cv-01036-MCE-KJM

       Plaintiff,

       v.                             ORDER

UNION PACIFIC RAILROAD
COMPANY,

       Defendants.

----oo0oo----

       Presently before the Court is Plaintiff's Motion to
Consolidate for Discovery Purposes this action with <u>Nickles v.
Union Pacific Railroad Company</u>, 2:08-cv-01155-MCE-KJM, and <u>Gomez
v. Union Pacific Railroad Company</u>, 2:09-cv-00225-MCE-KJM.  The
Court previously ordered these cases related as they arise out of
the same factual predicate, specifically a derailment of rail
grinding track maintenance equipment in Placer County,
California.  Defendant filed a Statement of Non-Opposition to the
consolidation of the Redos and Nickles actions, but there is no
indication in the record that Plaintiff Gomez was either notified
of the instant Motion or consented to consolidation.

1

Accordingly, Plaintiff's Motion to Consolidate (Docket No. 37) is granted in part and denied in part. The Motion is GRANTED as to <u>Redos v. Union Pacific Railroad Company</u>, 2:08-cv-1036-MCE-KJM, and <u>Nickles v. Union Pacific Railroad Company</u>, 2:08-cv-01155-MCE-KJM, and DENIED without prejudice as to consolidation with <u>Gomez v. Union Pacific Railroad Company</u>, 2:09-cv-00225-MCE-KJM.

In the event Plaintiff Gomez is served with the instant Motion within twenty (20) days from the date this Order is electronically filed and Plaintiff Gomez thereafter files a Statement of Non-Opposition within ten (10) days from the date this Order is electronically filed, the Court will reconsider its denial as to Plaintiff Gomez.

IT IS SO ORDERED.

Dated: April 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE