IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN REDOS, JR.,

    Plaintiff,                                    No. CIV S-08-1036 MCE KJM

    vs.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.
_____/

JEFF NICKLES,

    Plaintiff,                                    No. CIV S-08-1155 MCE KJM

    vs.

UNION PACIFIC RAILROAD COMPANY,    <u>ORDER</u>
_____/

      Plaintiff's motion for protective order came on regularly for hearing April 22, 2009. Dennis O'Bryan appeared telephonically for plaintiffs. Stephanie Quinn appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

/////

1

1         Plaintiff's motion for protective order is granted in part and denied in part.  The parties are in agreement that the prior depositions taken in the Texas case involving the same incident as is presently at issue may be used in the instant litigation to the extent objections were not made during the prior depositions.  With respect to the depositions of plaintiffs to be taken in the instant matters, questions may not be posed that were asked and answered, without objection, in the prior depositions.  The depositions may, but are not required to, take place at the Robert Matsui Federal Courthouse; arrangements shall be made through Matt Caspar, Courtroom Deputy, if needed.  The parties shall conduct the depositions so as to allow for breaks, extra time, repetition of questions when requested and allowance of time for the deponent to recover composure, as necessary.

        Any independent medical examinations shall be scheduled in the same date range as the depositions.

DATED:  April 23, 2009.

_____
U.S. MAGISTRATE JUDGE

006
redos.oah

2