```
 1
 2
 3
 4
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  SHELBY GOMEZ, a minor,        No. 2:09-cv-00225-MCE-KJM
    by and through her guardian
12  ad litem, Arnold Gomez,
13       Plaintiff,               ORDER
14       v.
15  UNION PACIFIC RAILROAD
    COMPANY,
16
         Defendants.
17
18                        ----oo0oo----
19       On April 10, 2009, this Court issued an Order granting a
20  Motion to Consolidate Redos v. Union Pacific Railroad Company,
21  2:08-cv-1036-MCE-KJM, and Nickles v. Union Pacific Railroad
22  Company, 2:08-cv-01155-MCE-KJM, for discovery purposes.
23  Plaintiff in Gomez v. Union Pacific Railroad Company, 2:09-cv-
24  00225-MCE-KJM, has since filed a Statement of Non-Opposition to
25  consolidation of the instant action with those already
26  consolidated cases.
27  ///
28  ///
```

1    Accordingly, it is hereby ordered that <u>Gomez v. Union</u>
2 <u>Pacific Railroad Company</u>, 2:09-cv-00225-MCE-KJM, is now
3 consolidated for discovery purposes with <u>Redos v. Union Pacific</u>
4 <u>Railroad Company</u>, 2:08-cv-1036-MCE-KJM, and <u>Nickles v. Union</u>
5 <u>Pacific Railroad Company</u>, 2:08-cv-01155-MCE-KJM.
6    IT IS SO ORDERED.

Dated: May 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE