David L. Ditora (110252)
CLEMENT & ASSOCIATES
2209 J. Street
Sacramento, CA 95816
dvidditora@comcast.net
(916) 444-9323
(916) 444-9324 - fax
*Local Counsel for Plaintiff*

Dennis M. O'Bryan (P30545)
Kirk E. Karamanian (P52955)
O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
dob@obryanlaw.net
kkaramanian@obryanlaw.net
(248) 258-6262
(248) 258-6047 - fax
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO**

JOHN REDOS,                                ORDER PERMITTING
                                           TELEPHONIC APPEARANCE

      Plaintiff,

  v                                       Case No. 2:08-cv-01036-MCE-KJM

UNION PACIFIC RAILROAD COMPANY,

      Defendant.
_____/

JEFF NICKLES,

      Plaintiff,

  v                                       Case No: 2:08-cv-01155-MCE-KJM

UNION PACIFIC RAILROAD COMPANY,

1

        Defendant.
_____/

SHELBY GOMEZ, a minor, by and
through her guardian ad litem, Arnold
Gomez,

        Plaintiff,

    v                                    Case No: 2:09-cv-00225-MCE-KJM

UNION PACIFIC RAILROAD COMPANY,

        Defendant.
_____/

Having reviewed his request for a telephonic appearance, IT IS HEREBY ORDERED THAT Plaintiff's counsel, Dennis M. O'Bryan, (248) 258-6262, be allowed to participate telephonically in the upcoming Motion To Amend Scheduling Order, currently set for hearing on July 16, 2009 at 2:00 p.m.

Dated: June 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE