HAMPTON & RAWLINGS
Robert Keith Hampton (Tex. SBN 08876500)
rkh72@aol.com
Clayton Rawlings (Tex. SBN 16589900)
clayrawlings@aol.com
1927 Norfolk
Houston, Texas 77098
Telephone: [713] 520-7701
Facsimile: [713] 520-8612

LAW OFFICES OF BARRY A. ZIMMERMAN
Barry A. Zimmerman (SBN 129208)
bazimmerman@sbcglobal.net
1515 Lincoln Way
Auburn, California 95603
Telephone: [530] 823-0705
Facsimile: [530] 889-1711

Attorneys for Plaintiff
SHELBY GOMEZ, by and through her guardian ad litem, Arnold Gomez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| JOHN F. REDOS, JR.,<br>　　　　Plaintiff<br><br>　　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>　　　　Defendant | Case No. 2:08-CV-01036-MCE-KJM |
| JEFF NICKLES,<br>　　　　Plaintiff<br><br>　　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>　　　　Defendant | Case No. 2:08-CV-01155-MCE-KJM |
| SHELBY GOMEZ, a minor, by and through her guardian ad litem, ARNOLD GOMEZ<br>　　　　Plaintiff<br><br>　　vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 - L, inclusive,<br>　　　　Defendants | Case No. 2:09-CV-00225 MCE-KJM<br><br>STIPULATION OF THE PARTIES |

**STIPULATION OF THE PARTIES**

1. The parties hereby stipulate that the prior depositions taken in the Texas case involving the same incident as presently at issue may be used in the instant litigation to the extent objections were not made during the prior depositions. With respect to the depositions of plaintiffs, Mr. John Redos and Mr. Jeff Nickles, to be taken in the instant matters, questions may not be posed that were asked and answered, without objection, in the prior depositions.

/s/ Robert Keith Hampton
_____
Robert Keith Hampton
HAMPTON & RAWLINGS
Attorneys for Plaintiff, Shelby Gomez

/s/ John S. Gilmore
_____
John S. Gilmore
RANDOLPH, CREGGER & CHALFANT LLP
Attorneys for Defendant, Union Pacific Railroad Company

/s/ Dennis M. O'Bryan
_____
Dennis M. O'Bryan.
O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
Attorneys for Plaintiffs, John Redos and Jeff Nickles

       IT IS SO ORDERED.

DATED: June 30, 2009.

_____
U.S. MAGISTRATE JUDGE