UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF NICKLES, | No. 2:08-cv-01155-MCE-KJM |
|     Plaintiff, | Related to: |
|     v. | No. 2:08-cv-01036-MCE-KJM |
| UNION PACIFIC RAILROAD COMPANY, | <u>ORDER</u> |
|     Defendants. | |

----oo0oo----

Plaintiff's counsel's request (Docket No. 50) that he be allowed to participate telephonically in the upcoming hearing regarding Plaintiff's Motion for Summary Judgment is hereby DENIED as moot.

IT IS SO ORDERED.

Dated: July 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1