David L. Ditora (110252)
CLEMENT & ASSOCIATES
2209 J. Street
Sacramento, CA 95816
dvidditora@comcast.net
(916) 444-9323
*Local Counsel for Plaintiff*

Dennis M. O'Bryan (P30545)
Kirk E. Karamanian (P52955)
O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
dob@obryanlaw.net
kkaramanian@obryanlaw.net
(248) 258-6262
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN REDOS,                                       Case No.  2:08-cv-01036-MCE-KJM

       Plaintiff,

v                                                 **ORDER**

UNION PACIFIC RAILROAD COMPANY,

       Defendant.
_____/

IT IS HEREBY ORDERED THAT Plaintiff's counsel, Dennis M. O'Bryan, (248) 258-6262, be allowed to participate in the upcoming Motion In Limine Re: Section 14 Of The Contract For Rail Grinding Services telephonically.

IT IS SO ORDERED.

Dated:  August 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE