UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 1, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**AMENDED JUDGMENT IN A CIVIL CASE**

JOHN REDOS

       v.    CASE NUMBER: CIV S-08CV1036 MCE KJM

UNION PACIFIC RAILROAD COMPANY

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE OF OFFER IN THE AMOUNT OF $50,000.01. EACH PARTY TO BEAR ITS OWN COSTS AND ATTORNEY FEES.**

                Victoria C. Minor,
                Clerk of the Court

ENTERED:  September 1, 2010

                by:_/s/NDDuong_____
                NDDuong, Deputy Clerk